UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CAUSE NO. 3:93-CR-39(01)RM |
| ) | |
| JULIAN SIMMONS ) | |
| ) | |

OPINION AND ORDER

The defendant, Julian Simmons, filed a motion to correct the judgment this court entered against him on August 30, 2004. Mr. Simmons asserts that his true name is Jullian Lee Simmons, and this name is reflected in the copy of his birth certificate attached to his motion. Mr. Simmons hasn't complained about this alleged error at any point in these legal proceedings until now — after the court's paper work has been completed and a judgment of conviction has been entered — even though the court's records have referred to him as Julian Simmons since the inception of this case in 1993. Accordingly, the court declines to amend the judgment and DENIES Mr. Simmons motion [docket no. 28].

SO ORDERED.

ENTERED: May 19, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: H.J. Stevens
    AUSA